UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
          -v-                                         :        16-CR-391-1 (JMF)
                                                      :
DAVID JENKINS,                                        :        ORDER
                                                      :
                         Defendant.                   :
                                                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On **March 27, 2023**, Defendant filed a motion for compassionate release.  *See* ECF No.

191.  The Government shall file any opposition to the motion by **April 10, 2023**, and Defendant

shall file any reply by **May 1, 2023**.

The Clerk of Court is directed to mail this Order to:

> David Leroy Jenkins
> Register No. 30493-044
> FCI Coleman Low
> P.O. Box 1031
> Coleman, FL  33521

SO ORDERED.

Dated: March 28, 2023
       New York, New York                    _____
                                                   JESSE M. FURMAN
                                                   United States District Judge