UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 16-CR-391-1 (JMF)
:
DAVID JENKINS, : <u>ORDER</u>
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 21, 2024, Defendant filed a Motion to Correct the Record Pursuant to Rule 36 of the Federal Rules of Criminal Procedure. *See* ECF No. 202. The Government shall file any opposition to the motion by **July 2, 2024**, and Defendant shall file any reply by **July 16, 2024**.

The Clerk of Court is directed to mail this Order to:

> DAVID JENKINS
> Register No. 30493-044
> FCI Coleman
> Federal Correctional Institution
> P.O. BOX 1031
> Coleman, FL  33521

SO ORDERED.

Dated: June 24, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge