UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :   16-CR-391-1 (JMF)
                                                                       :
DAVID LEROY JENKINS,                                                   :   ORDER
                                                                       :
                         Defendant.                                    :
                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 22, 2024, Defendant filed a second motion to correct the Presentence Investigation Report, a motion that was supplemented by letter entered August 26, 2024. *See* ECF Nos. 209-10  The Government shall file any opposition to the motion by **September 5, 2024**.  No reply may be filed without prior leave of Court.

The Clerk of Court is directed to mail this Order to:

>DAVID LEROY JENKINS
>Register No. 30493-044, Unit A-1
>FCI Coleman
>Federal Correctional Institution
>P.O. BOX 1031
>Coleman, FL  33521

SO ORDERED.

Dated: August 27, 2024                             _____
       New York, New York                                 JESSE M. FURMAN
                                                          United States District Judge