UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v-     :      16-CR-391-1 (JMF)
:
DAVID LEROY JENKINS, :      <u>ORDER</u>
:
    Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On October 16, 2024, Defendant filed a motion styled "RENEWED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE." *See* ECF No. 215. The Government shall file any opposition to the motion by **October 28, 2024**. No reply may be filed without prior leave of Court.

    The Clerk of Court is directed to mail a copy of this Order to:

        DAVID LEROY JENKINS
        Register No. 30493-044,
        104 Gold Street
        Brooklyn, NY 11201

    SO ORDERED.

Dated: October 21, 2024
       New York, New York                _____
                                                            JESSE M. FURMAN
                                                       United States District Judge