UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
:
-v-                                                                    :   16-CR-391-1 (JMF)
:
DAVID LEROY JENKINS,                                                   :   ORDER
:
Defendant.                                                 :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court agrees with the Defendant that it would be better for him to reside and be supervised in a District with which he has a deeper connection, perhaps the Middle District of Florida. That said, the Court agrees with the Government that the Defendant's desire to reside in and be supervised in another District does not actually require modification of the conditions of supervised release. *See* ECF No. 217. Accordingly, the Defendant's "RENEWED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE," ECF No. 215, is denied. That denial, however, is without prejudice to a request that jurisdiction be transferred to another District pursuant to 18 U.S.C. § 3605. The Defendant should promptly discuss these matters with the Probation Department (with which the Court will share this Order).

      The Clerk of Court is directed to terminate ECF No. 215 and to mail a copy of this Order to:

        DAVID LEROY JENKINS
        Register No. 30493-044,
        104 Gold Street
        Brooklyn, NY 11201

SO ORDERED.

Dated: October 30, 2024
      New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge